IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| In Re: CAPITAL ONE TELEPHONE PROTECTION ACT LITIGATION<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DEVERA R.D. BARTTE,<br><br>Objector - Appellant, | No. 15-1639 Consolidated with 15-1400 |

## NOTICE OF APPEARANCE

The Clerk and all parties shall please take notice of the undersigned appearance as lead counsel for Objector Devera R.D. Bartte.

Respectfully submitted,

/s/ N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr., P.A.
Florida Bar Number: 209783
4128 NW 13rh Street
Gainesville, Florida 32609-1807
(352) 378-9859 FAX: (352) 338-1858
NAB@nabjr.com
Attorney for Objector-Appellant

☐ **CERTIFICATE OF SERVICE**
Certificate of Service When All Case Participants Are CM/ECF Participants

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/_____

☒ **CERTIFICATE OF SERVICE**
Certificate of Service When Not All Case Participants Are CM/ECF Participants

I hereby certify that on April 7, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

| counsel / party: | address: |
|---|---|
| Pamela McCoy | 6801 Garrett Road, Ravenna, OH 44266 |

s/ N. Albert Bacharach, Jr.